# HORWITZ
## —— LAW PLLC ——

DANIEL A. HORWITZ  
DANIEL@HORWITZ.LAW

LINDSAY E. SMITH  
LINDSAY@HORWITZ.LAW

MELISSA K. DIX  
MELISSA@HORWITZ.LAW

4016 WESTLAWN DR.  
NASHVILLE, TN 37209  
WWW.HORWITZ.LAW  
O: (615) 739-2888

June 6, 2024

**VIA EMAIL**

District Attorney General Bryant C. Dunaway, 13th Judicial District  
  bcdunaway@tndagc.org

District Attorney General Jason Lawson, 15th Judicial District  
  jllawson@tndagc.org

District Attorney General Jennings H. Jones, 16th Judicial District  
  jhjones@tndagc.org

District Attorney General Robert J. Carter, 17th Judicial District  
  rjcarter@tndagc.org

District Attorney General Ray Whitley, 18th Judicial District  
  lrwhitley@tndagc.org

District Attorney General Robertt J. Nash, 19th Judicial District  
  rjnash@tndagc.org

District Attorney General Glenn Funk, 20th Judicial District  
  grfunk@tndagc.org

District Attorney General Stacey Edmonson, 21st Judicial District  
  sbedmonson@tndagc.org

District Attorney General Brent Cooper, 22nd Judicial District  
  bacooper@tndagc.org

District Attorney General Ray Crouch, 23rd Judicial District  
  wecrouch@tndagc.org

District Attorney Hans Schwendimann, 32nd Judicial District  
  hlschwendimann@tndagc.org

**Re:    Interpretation and Enforcement of Public Chapter No. 1032**

Dear Middle Tennessee District Attorneys:

      My law firm represents Ms. Rachel Welty, an adult resident of Middle Tennessee. Ms. Welty is an outspoken and unapologetic advocate for safe and healthy access to

abortion care. In her role as an advocate for safe and healthy access to abortion care, Ms. Welty has on many occasions participated in informational campaigns and distributed literature about abortion access, some examples of which are attached to this letter as **Ex. 1**. Most of Ms. Welty's advocacy is concentrated in the Middle Tennessee area, including in each of your judicial districts. Ms. Welty is also a member of an abortion fund that provides resources to those who need safe and healthy access to abortion medication and out-of-state abortion care that they can no longer obtain in Tennessee.

Ms. Welty's advocacy for safe and healthy access to abortion care is not hidden, and it is not intended to be. She advocates—accurately—that "[a]bortion is safe, common, and normal[.]" She advocates for and helps facilitate access to abortion care, including out-of-state abortion care and abortion-inducing drugs. Ms. Welty's advocacy also is not limited to emancipated minors or those who happen to be over the age of 18, and it is not intended to be.

Given this context, Ms. Welty has serious concerns about Public Chapter No. 1032, which takes effect on July 1, 2024. A copy of the soon-to-be-effective law is attached to this letter as **Ex. 2**. As relevant here, the law provides that:

> (a) An adult commits the offense of abortion trafficking of a minor if the adult intentionally recruits . . . a pregnant unemancipated minor within this state for the purpose of:
>
>  . . .
>
> (2) Procuring an act that would constitute a criminal abortion under § 39-15-213 for the pregnant unemancipated minor, regardless of where the abortion is to be procured; or
>
> (3) Obtaining an abortion-inducing drug for the pregnant unemancipated minor for the purpose of an act that would constitute a criminal abortion under § 39-15-213, regardless of where the abortion-inducing drug is obtained.

*See id.* at 1.

Public Chapter No. 1032 goes on to criminalize any violation of these provisions and provides that a person who violates them "may be held liable in a civil action for the wrongful death of an unborn child who was aborted." *Id*. at 1–2.

I am writing this letter for two reasons:

<u>First</u>, because Ms. Welty needs reasonable notice of what Public Chapter No. 1032 prohibits, please provide your Office's position on what "recruits" means as used in Public Chapter No. 1032. I ask you to please define the proscribed behavior with sufficient particularity to provide a person of ordinary intelligence with reasonable notice of the conduct that is prohibited.

2 | P a g e

*Second*, I have significant concerns that Public Chapter No. 1032 is constitutionally infirm. Even setting aside vagueness issues, any reasonable interpretation of the law appears to criminalize pure speech and *advocacy*—a viewpoint-based speech restriction. Worse: the law appears to criminalize advocating for and facilitating access to *legal* abortion care, including abortion care provided out-of-state in compliance with the laws of sovereign jurisdictions. Given these constitutional infirmities, I ask you to disavow all enforcement of Public Chapter No. 1032's "recruit[ment]" prohibition against Ms. Welty once the law takes effect.

Please kindly respond to this letter with your Office's position on these two matters by 4:30 p.m. CST on June 20, 2024.

Sincerely,

Daniel A. Horwitz

*Enclosures as stated*

# Exhibit #1



**Plan C is an information campaign** that shares info about self-managed abortion with FDA-approved abortion pills: how they're used to end an early pregnancy at home, and how people are already accessing them online from all 50 states.

**The Plan C website** (*plancpills.org*) **includes a Guide to Pills:** a state-by-state directory of options, from mainstream telehealth abortion to alternative sources of pills. The Guide also points to free hotlines, funding and other resources for direct support.

Abortion is safe, common, and normal: but recent news confirms that we cannot depend on our justice system to protect our basic human right to access. Get legal questions answered via the If/When/How legal helpline at *reprolegalhelpline.org*, and get medical questions answered via the Miscarriage + Abortion (M+A) Hotline at *mahotline.org*. These resources are free and secure and are dedicated to providing high-quality care and support.

**You can spread the word about Plan C** through word of mouth, social media, and by sharing our free stickers and mini-handouts with your community. You can request stickers and handouts in English and Spanish as often as you want, in amounts of 25 – 500. Need them sooner? Download DIY Print templates at *linktr.ee/plancpills*.

**Looking for community?** You can join our growing hub of activists by becoming a Plan C Community Member at *plancpills.org/community*. Join us on Discord, attend a meeting, chat with other activists in your area in a regional Signal chat, and learn other ways to advocate for abortion pill access.

PLAN C IS A PROJECT OF THE NATIONAL WOMEN'S HEALTH NETWORK, A 501c3 NONPROFIT ORGANIZATION

For more information visit *plancpills.org* |   plancpills



### there are options for safe abortion

find abortion options by location and pregnancy stage — abortionfinder.org
protect digital privacy — ssd.eff.org
find abortion pills online — plancpills.org
ask medical questions anytime — mahotline.org
get legal advice for self or loved ones — ifwhenhow.org
get support during an abortion with pills — reprocare.com
pregnancy options counseling without judgment — all-options.org
non-judgmental after-abortion emotional support — exhaleprovoice.org
safe abortion (sa) app by hesperian health guides — hesperian.org
find compassionate clergy support — faithaloud.org
fund an abortion — abortionfunds.org

# Exhibit #2



# State of Tennessee

## PUBLIC CHAPTER NO. 1032

### SENATE BILL NO. 1971

**By Rose, Haile, Pody, Lundberg**

Substituted for: House Bill No. 1895

By Zachary, Faison, Grills, Lamberth, Fritts, Hawk, Hill, Sherrell, Butler, Moody, Powers, Williams, Alexander, Tim Hicks, Brock Martin, Bulso, Capley, Barrett, Richey, Lynn, Leatherwood, Keisling, Eldridge, Littleton, McCalmon, Cochran, Burkhart, Vital, Carringer, Warner

AN ACT to amend Tennessee Code Annotated, Title 8, Chapter 6; Title 29; Title 37 and Title 39, relative to abortion.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Tennessee Code Annotated, Title 39, Chapter 15, Part 2, is amended by adding the following as a new section:

(a) An adult commits the offense of abortion trafficking of a minor if the adult intentionally recruits, harbors, or transports a pregnant unemancipated minor within this state for the purpose of:

(1) Concealing an act that would constitute a criminal abortion under § 39-15-213 from the parents or legal guardian of the pregnant unemancipated minor;

(2) Procuring an act that would constitute a criminal abortion under § 39-15-213 for the pregnant unemancipated minor, regardless of where the abortion is to be procured; or

(3) Obtaining an abortion-inducing drug for the pregnant unemancipated minor for the purpose of an act that would constitute a criminal abortion under § 39-15-213, regardless of where the abortion-inducing drug is obtained.

(b) A violation of subsection (a) is a Class A misdemeanor and shall be punished by imprisonment for eleven (11) months and twenty-nine (29) days.

(c) This section does not apply to:

(1) The parents or legal guardian of the unemancipated minor;

(2) A person who has obtained the written, notarized consent of the unemancipated minor's parent or legal guardian;

(3) A common carrier transporting passengers in the course and scope of their business; or

(4) An ambulance driver or operator and any corresponding emergency medical services personnel, as defined in § 68-140-302, acting within the course and scope of their duties.

(d) It is not a defense to a prosecution under this section that the pregnant minor consented to the actions in subsection (a).

(e)(1) A person who violates subsection (a) may be held liable in a civil action for the wrongful death of an unborn child who was aborted.

(2) The civil action may be brought on behalf of the unborn child by:

(A) The biological mother of the unborn child;

(B) The biological father of the unborn child, unless the pregnancy resulted from an act committed by the biological father that constitutes an act of:

(i) Aggravated rape, as defined in § 39-13-502;

(ii) Rape, as defined in § 39-13-503;

(iii) Statutory rape or aggravated statutory rape, as defined in § 39-13-506;

(iv) Rape of a child, as defined in § 39-13-522;

(v) Aggravated rape of a child, as defined in § 39-13-531;

(vi) Statutory rape by an authority figure, as defined in § 39-13-532;

(vii) Especially aggravated rape, as defined in § 39-13-534;

(viii) Especially aggravated rape of a child, as defined in § 39-13-535; or

(ix) Incest, as defined in § 39-15-302; or

(C) A parent or legal guardian of the unemancipated minor.

(3) In a civil action arising from a violation of this section, the plaintiff may recover from the person who violated subsection (a):

(A) Economic damages;

(B) Noneconomic damages;

(C) Punitive damages; and

(D) Reasonable attorney fees and court costs.

(4) As used in this subsection (e), "unborn child" means an individual living member of the species, homo sapiens, at any stage of gestation in utero.

(f)(1) This section does not apply to the provision of a medical diagnosis or consultation regarding pregnancy care of an unemancipated minor.

(2) As used in this subsection (f), a medical diagnosis or consultation regarding pregnancy care does not include performing or attempting to perform an abortion, as defined in § 39-15-213, or arranging for travel for the unemancipated minor to procure an abortion or an abortion-inducing drug without the consent of the unemancipated minor's parent or legal guardian.

(3) This section does not prohibit a licensed physician or another person from calling an ambulance for a minor patient if a medical emergency, as defined in § 39-15-218, exists.

SECTION 2. This act takes effect July 1, 2024, the public welfare requiring it, and applies to acts committed on or after that date.

SENATE BILL NO. __1971__

PASSED: April 24, 2024

_Randy M. Wally_
**RANDY McNALLY**
*SPEAKER OF THE SENATE*

**CAMERON SEXTON,** *SPEAKER*
*HOUSE OF REPRESENTATIVES*

APPROVED this 28th day of May 2024

**BILL LEE,** *GOVERNOR*