# DECLARATION OF AFTYN BEHN

1. My name is Aftyn Behn, I have personal knowledge of the facts affirmed in this Declaration, I am competent to testify regarding them, and I swear under penalty of perjury that they are true.

2. I am a Plaintiff in this matter.

3. I have reviewed the contents of the Verified Complaint filed in this matter, I have personal knowledge of the allegations set forth therein that concern me, and I hereby make oath and affirm that those allegations are true and correct and that the Verified Complaint's exhibits are authentic.

4. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Jun 24, 2024

Signature: Aftyn Behn (Jun 24, 2024 08:47 CDT)
Aftyn Behn

# Declaration of Aftyn Behn

Final Audit Report                                          2024-06-24

| | |
|---|---|
| Created: | 2024-06-24 |
| By: | Horwitz Law PLLC (daniel@horwitz.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA0M8ekGidnZ4aD96Sb3EGLalMhr7jZPL_ |

## "Declaration of Aftyn Behn" History

- 📄 Document created by Horwitz Law PLLC (daniel@horwitz.law)
  2024-06-24 - 1:42:12 PM GMT- IP address: 69.226.239.171

- ✉️ Document emailed to ab@aftynbehn.com for signature
  2024-06-24 - 1:42:35 PM GMT

- 📄 Email viewed by ab@aftynbehn.com
  2024-06-24 - 1:45:23 PM GMT- IP address: 66.249.84.74

- ✍️ Signer ab@aftynbehn.com entered name at signing as Aftyn Behn
  2024-06-24 - 1:46:58 PM GMT- IP address: 173.239.218.215

- ✍️ Document e-signed by Aftyn Behn (ab@aftynbehn.com)
  Signature Date: 2024-06-24 - 1:47:00 PM GMT - Time Source: server- IP address: 173.239.218.215

- ✅ Agreement completed.
  2024-06-24 - 1:47:00 PM GMT

Adobe Acrobat Sign