# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-00768 |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, | ) |
| Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert J. Carter, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____6/25/2024_____

*Aubrey F. Mattis*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Robert J. Carter

was received by me on *(date)*    6/25/24    .

❒  I personally served the summons on the individual at *(place)* _____

_____    on *(date)* _____    ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____    , a person of suitable age and discretion who resides there,

on *(date)* _____    , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

❒  I returned the summons unexecuted because _____    ; or

☑  Other *(specify):*

Served on Tennessee Attorney General, who accepted and confirmed service.    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-00768 |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brent Cooper, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____6/25/2024_____



_Aubrey F. Mattis_

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Brent Cooper

was received by me on *(date)*   6/25/24    .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*

Served on Tennessee Attorney General, who accepted and confirmed service.                    .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024 _____

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee  ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:24-cv-00768 |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, | ) |
| Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ray Crouch, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/25/2024    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Ray Crouch

was received by me on *(date)*  6/25/24  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

   Served on Tennessee Attorney General, who accepted and confirmed service.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

   Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn <br><br> *Plaintiff* <br><br> v. <br> Bryant Dunaway, Jason Lawson, Jennings H. Jones, <br> Robert J. Carter, Ray Whitley, Robert J. Nash, et al. <br><br> *Defendant* | ) <br> ) <br> ) <br> )    Civil Action No. 3:24-cv-00768 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bryant Dunaway, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Daniel Horwitz
       4016 Westlawn Drive
       Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/25/2024          *Aubrey F. Mattis*



                             *Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bryant Dunaway

was received by me on *(date)*   6/25/24   .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

Served on Tennessee Attorney General, who accepted and confirmed service.        .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)

*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209

*Server's address*

Additional information regarding attempted service, etc:

Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

Rachel Welty, and Aftyn Behn

_____
*Plaintiff*

v.

Bryant Dunaway, Jason Lawson, Jennings H. Jones,
Robert J. Carter, Ray Whitley, Robert J. Nash, et al.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:24-cv-00768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Stacey Edmonson, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:      Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      6/25/2024   _____
Aubrey F. Mattis

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Stacey Edmonson

was received by me on *(date)*  6/25/24  .

❒  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

Served on Tennessee Attorney General, who accepted and confirmed service.  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)

*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209

*Server's address*

Additional information regarding attempted service, etc:

Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

|  |  |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, | ) |
| Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| *Defendant* | ) |

Civil Action No. 3:24-cv-00768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glenn Funk, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/25/2024

*Aubrey F. Mattis*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Glenn Funk

was received by me on *(date)*  6/25/24  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

    Served on Tennessee Attorney General, who accepted and confirmed service.  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)

*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209

*Server's address*

Additional information regarding attempted service, etc:

    Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn<br><br>*Plaintiff*<br>v.<br>Bryant Dunaway, Jason Lawson, Jennings H. Jones,<br>Robert J. Carter, Ray Whitley, Robert J. Nash, et al.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  3:24-cv-00768 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jennings H. Jones, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/25/2024 _____          *Aubrey F. Mattis*
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jennings H. Jones

was received by me on *(date)*  6/25/24  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

    Served on Tennessee Attorney General, who accepted and confirmed service.  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)

*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209

*Server's address*

Additional information regarding attempted service, etc:

  Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-00768 |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Lawson, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/25/2024    *Audrey F. Mattis*
_____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jason Lawson

was received by me on *(date)*  6/25/24  .

❐  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

Served on Tennessee Attorney General, who accepted and confirmed service. .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

Rachel Welty, and Aftyn Behn

_____
*Plaintiff*

v.

Bryant Dunaway, Jason Lawson, Jennings H. Jones,
Robert J. Carter, Ray Whitley, Robert J. Nash, et al.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  3:24-cv-00768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Robert J. Nash, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/25/2024
_____

*aubrey F. Mattis*
_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Robert J. Nash

was received by me on *(date)*  6/25/24  .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

    Served on Tennessee Attorney General, who accepted and confirmed service.    .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/24/2024

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.
Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

    Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

Rachel Welty, and Aftyn Behn

_____
*Plaintiff*

v.

Bryant Dunaway, Jason Lawson, Jennings H. Jones,
Robert J. Carter, Ray Whitley, Robert J. Nash, et al.

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 3:24-cv-00768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hans Schwendimann, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____6/25/2024_____

*Aubrey F. Mattis*

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Hans Schwendimann

was received by me on *(date)*   6/25/24   .

❒  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

    Served on Tennessee Attorney General, who accepted and confirmed service.       .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

    Service effected 6/25/24.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

| | |
|---|---|
| Rachel Welty, and Aftyn Behn | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bryant Dunaway, Jason Lawson, Jennings H. Jones, | ) |
| Robert J. Carter, Ray Whitley, Robert J. Nash, et al. | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:24-cv-00768

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Ray Whitley, c/o Tennessee Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
tnattygen@ag.tn.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Daniel Horwitz
4016 Westlawn Drive
Nashville, TN 37209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/25/2024    _____
*Aubrey F. Mattis*
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-00768

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ray Whitley

was received by me on *(date)*   6/25/24   .

❒  I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*

   Served on Tennessee Attorney General, who accepted and confirmed service.   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6/26/2024 _____

_____
*Server's signature*

Daniel A. Horwitz (Attorney for Plaintiffs)
_____
*Printed name and title*

4016 Westlawn Dr.

Nashville, TN 37209
_____
*Server's address*

Additional information regarding attempted service, etc:

   Service effected 6/25/24.