IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL WELTY and<br>AFTYN BEHN,<br><br> *Plaintiffs*,<br><br>v.<br><br>BRYANT C. DUNAWAY,<br>JASON LAWSON,<br>JENNINGS H. JONES,<br>ROBERT J. CARTER,<br>RAY WHITLEY, ROBERT J. NASH,<br>GLENN FUNK, STACEY EDMONSON,<br>BRENT COOPER, RAY CROUCH, and<br>HANS SCHWENDIMANN,<br><br> *Defendants*. | Case No. 3:24-cv-00768 |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Come now the Plaintiffs, through counsel, and pursuant to Rules 65(a) and (b) of the Federal Rules of Civil Procedure, respectfully move this Court to:

1. Issue a temporary restraining order restraining the Defendants from enforcing Section 1 of Public Chapter No. 1032 against the Plaintiffs; and

2. Issue a preliminary injunction preliminarily enjoining the Defendants from enforcing Section 1 of Public Chapter No. 1032.

A memorandum of law supporting this relief is being filed contemporaneously. The Defendants have been consulted regarding this motion and are being served with it contemporaneously. The Plaintiffs understand that the relief sought here is opposed.

-1-

Respectfully submitted,

/s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
MELISSA DIX, BPR #038535
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
melissa@horwitz.law
sarahmartin1026@gmail.com
(615) 739-2888

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of June, 2024, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, USPS Mail, and/or via email, to:

Steven J. Griffin
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
Tel: (615) 741-8726
Steven.Griffin@ag.tn.gov

*Counsel for Defendants*

                                                /s/ Daniel A. Horwitz
                                                Daniel A. Horwitz, BPR #032176