IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RACHEL WELTY and AFTYN BEHN, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 3:24-cv-00768 |
| BRYANT C. DUNAWAY, JASON LAWSON, JENNINGS H. JONES, ROBERT J. CARTER, RAY WHITLEY, ROBERT J. NASH, GLENN FUNK, STACEY EDMONSON, BRENT COOPER, RAY CROUCH, and HANS SCHWENDIMANN, | § § § § § § § § § § | |
| *Defendants*. | § | |

**PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

This matter came before the Court upon the Plaintiffs' Motion for Temporary Restraining Order. This Court finds that the Plaintiffs have provided specific facts in a verified complaint that clearly show that immediate and irreparable injury, loss, or damage to the Plaintiffs' constitutional rights will result absent temporary relief, and that the Plaintiffs have demonstrated a substantial likelihood of success on the merits, that a temporary restraining order would not cause substantial harm to others, and that the public interest will be served by an injunction. It accordingly is ORDERED that the Defendants are TEMPORARILY RESTRAINED from enforcing Section 1 of Public Chapter No. 1032 against the Plaintiffs pending further order of the Court. This order shall expire within 14 days of its entry unless before that time the Court, for good cause,

extends it for a like period or the Defendants consent to a longer extension.

Pursuant to Rule 65(b)(3) of the Federal Rules of Civil Procedure, a hearing on the Plaintiffs' motion for a preliminary injunction shall be set at _____ a.m./p.m. on the _____ day of _____, 2024.

IT IS SO ORDERED.

Entered this the _____ day of _____, 2024, at _____ a.m./p.m.

							_____
							DISTRICT COURT JUDGE