UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL WELTY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00768 |
| ) | District Judge Aleta A. Trauger |
| BRYANT C. DUNAWAY, et al., ) | Magistrate Judge Jeffrey S. Frensley |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Bryant C. Dunaway, Jason Lawson, Jennings H. Jones, Robert J. Carter, Ray Whitley, Robert J. Nash, Glenn Funk, Stacey Edmonson, Brent Cooper, Ray Crouch, and Hans Schwendimann, all in their official capacities ("Defendants"), by and through counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully request that Plaintiffs' Complaint against them be dismissed.

As discussed more fully in Defendants' separate Memorandum of Law, Plaintiffs fail to state a claim upon which relief can be granted under either the First Amendment or Fourteenth Amendment to the United States Constitution. Plaintiffs also lack standing, and they cannot overcome Defendants' entitlement to sovereign immunity. Abstention principles likewise warrant dismissal.

Accordingly, Defendants respectfully request the Court to grant their motion and to dismiss each of Plaintiffs' claims against them as a matter of law.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *Steven J. Griffin*
STEVEN J. GRIFFIN (BPR# 040708)
Senior Counsel for Strategic Litigation

MATTHEW D. CLOUTIER (BPR# 036710)
Assistant Solicitor General

DONNA L. GREEN (BPR# 019513)
Managing Attorney and Senior Assistant Attorney General

Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
Matt.Cloutier@ag.tn.gov
donna.green@ag.tn.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2024, a copy of the foregoing document was filed using the Court's electronic court-filing system, which sent notice of filing to the following counsel:

Daniel A. Horwitz
Melissa Dix
Sarah L. Martin
Horwitz Law, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
melissa@horwitz.law
sarahmartin1026@gmail.com
(615) 739-2888

*Counsel for Plaintiffs*

                                                 /s/ *Steven J. Griffin*
                                                 STEVEN J. GRIFFIN