# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

**RACHEL WELTY, ET AL.**
V.
**BRYANT C. DUNAWAY, ET AL.**

**EXHIBIT AND WITNESS LIST**

Case Number: 3:24-cv-768

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Trauger | D. Horwitz, M. Dix, S. Martin | D. Green, M. Cloutier, S. Griffin |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/30/2024 | Shana Crawford | Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 8/30/2024 | | | WIT: Rachel Welty, plaintiff, attorney |
| 1 | | 8/30/2024 | | X | Tennessee Statute 1032 |
| 2 | | 8/30/2024 | | X | Information regarding abortion |
| 3 | | 8/30/2024 | | X | Letter from plaintiff Welty |
| 4 | | 8/30/2024 | | X | Complaint from case. |
| X | | 8/30/2024 | | | WIT: Aftyn Behn, plaintiff, social worker |
| 5 | | 8/30/2024 | | X | Tweet regarding the legislation of abortion |
| 6 | | 8/30/2024 | | X | Declaration by Glenn Funk, DA, in case no. 3:20-cv-740 MDTN |
| 7 | | 8/30/2024 | | X | Declaration of Roger Moore, Deputy DA, in case no 3:20-0312 Davidson Co. TN. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages