IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL WELTY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-768 |
| ) | Judge Trauger |
| JASON LAWSON, ET AL., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge