UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL WELTY, et al. | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:24-CV-00768 |
| JASON LAWSON, et al., | ) |
| Defendants. | ) |

### ORDER

I hereby recuse myself in this case. As all District Judges of the Middle District of Tennessee have recused in this matter, a District Judge from outside the District will be designated by the Sixth Circuit Court of Appeals. When the designation is made, the case will be reassigned.

IT IS SO ORDERED.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE