# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| RACHEL WELTY and<br>AFTYN BEHN,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRYANT C. DUNAWAY,<br>JASON LAWSON,<br>JENNINGS H. JONES,<br>ROBERT J. CARTER,<br>RAY WHITLEY, ROBERT J. NASH,<br>GLENN FUNK, STACEY EDMONSON,<br>BRENT COOPER, RAY CROUCH, and<br>HANS SCHWENDIMANN,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:24-cv-00768 |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(a), the Plaintiffs respectfully move this Court to grant them summary judgment on all claims. In support of this Motion, the Plaintiffs have contemporaneously filed a *Statement of Undisputed Material Facts* and a *Memorandum of Law*.

Respectfully submitted,

/s/ Daniel A. Horwitz_____
DANIEL A. HORWITZ, BPR #032176
MELISSA DIX, BPR #038535
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law
melissa@horwitz.law
sarah@horwitz.law

*Counsel for Plaintiffs*

-1-

Case 3:24-cv-00768   Document 54   Filed 11/12/24   Page 2 of 3 PageID #: 642

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of November, 2024, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, USPS Mail, and/or via email, to:

STEVEN J. GRIFFIN (BPR# 040708)
MATTHEW D. CLOUTIER (BPR# 036710)
DONNA L. GREEN (BPR# 019513)
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
Matt.Cloutier@ag.tn.gov
donna.green@ag.tn.gov

*Counsel for Defendants*

                                    /s/ Daniel A. Horwitz
                                    Daniel A. Horwitz, BPR #032176