UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RACHEL WELTY and AFTYN BEHN, ) </br> ) </br> Plaintiffs, ) </br> ) </br> ) </br> v. ) </br> ) </br> BRYANT C. DUNAWAY; JASON ) </br> LAWSON; JENNINGS H. JONES; ) </br> ROBERT J. CARTER; RAY WHITLEY; ) </br> ROBERT J. NASH; GLENN FUNK; ) </br> STACEY EDMONSON; BRENT ) </br> COOPER; RAY CROUCH; and HANS ) </br> SCHWENDIMANN, ) </br> ) </br> Defendants. ) | Case No.: 3:24-CV-768 |

## JUDGMENT

For the reasons explained in the Memorandum Opinion and Order, Doc. 81, dated July 18, 2025, plaintiffs' motion for summary judgment, Doc. 54, is GRANTED with respect to plaintiff's free speech claim (Count Two) and overbreadth claim (Count Three) and defendants' motion for summary judgment, Doc. 67, is GRANTED with respect to plaintiff's vagueness claim (Count One).

Accordingly, it is ORDERED AND ADJUDGED that defendants are enjoined from enforcing Tenn. Code Ann. § 39-15-201(a)'s recruitment provision until otherwise ordered by the court. As no further matters remain pending for the court's review, this case is CLOSED.

SO ORDERED.

Dated: July 24, 2025

*Julia S. Gibbons*
JULIA S. GIBBONS
Senior United States Circuit Judge
(Sitting by designation as United States District Judge for the Middle District of Tennessee)