# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RACHEL WELTY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:24-cv-00768 |
| v. | ) |
| | ) |
| BRYANT C. DUNAWAY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendants Bryant C. Dunaway, Jason Lawson, Jennings H. Jones, Robert J. Carter, Ray Whitley, Robert J. Nash, Glenn Funk, Stacey Edmonson, Brent Cooper, Ray Crouch, and Hans Schwendimann, all in their official capacities as District Attorneys General, give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from this Court's final judgment, *see* Judgment, D.E. 84, entered July 24, 2025, into which this Court's July 18, 2025 Memorandum Opinion and Order, *see* Mem. Op., D.E. 81, and all other appealable orders have merged.

Dated: August 17, 2025

Respectfully submitted,

/s/ *Matthew D. Cloutier*
MATTHEW D. CLOUTIER (BPR# 036710)
 Assistant Solicitor General
OFFICE OF TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN  37202
(615) 741-2162
Matt.Cloutier@ag.tn.gov

1

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2025, a copy of the foregoing document was filed using the Court's electronic court-filing system, which sent notice of filing to the following counsel of record:

Daniel A. Horwitz
Sarah L. Martin
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.com

*Counsel for Plaintiffs*

                                            /s/ *Matthew D. Cloutier*
                                            MATTHEW D. CLOUTIER