IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| RACHEL WELTY and AFTYN BEHN, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRYANT C. DUNAWAY, JASON LAWSON, JENNINGS H. JONES, ROBERT J. CARTER, RAY WHITLEY, ROBERT J. NASH, GLENN FUNK, STACEY EDMONSON, BRENT COOPER, RAY CROUCH, and HANS SCHWENDIMANN, <br><br> *Defendants*. | Case No. 3:24-cv-00768 |

## PLAINTIFFS' NOTICE OF APPEAL

Under Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that all Plaintiffs appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment of the District Court entered July 24, 2025 (Doc. 84). The Plaintiffs' "protective-cross appeal" encompasses all preceding adverse orders and is taken against all Defendants. *See Stewart v. Martin*, 143 F.4th 675, 685 (6th Cir. 2025) ("A protective-cross appeal is appropriate when the cross-appellant is 'not necessarily dissatisfied with the judgment' appealed by his adversary, but still wants a backup plan in case that judgment is reversed.") (quoting *Richard v. Caliber Home Loans, Inc.*, 832 F. App'x 940, 949 (6th Cir. 2020)).

Respectfully submitted,

/s/ Daniel A. Horwitz_____
DANIEL A. HORWITZ, BPR #032176
SARAH L. MARTIN, BPR #037707
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2025, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, USPS Mail, and/or via email, to:

STEVEN J. GRIFFIN (BPR# 040708)
MATTHEW D. CLOUTIER (BPR# 036710)
DONNA L. GREEN (BPR# 019513)
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-9598
Steven.Griffin@ag.tn.gov
Matt.Cloutier@ag.tn.gov
donna.green@ag.tn.gov

*Counsel for Defendants*

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176