## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 18, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 24-5968, *Rachel Welty, et al v. Bryant Dunaway, et al*
Originating Case No. 3:24-cv-00768

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia Elder, Senior Case Administrator
  For Appeal Case Manager: Ryan

cc:  Mr. Aaron Lev Bernard
Mr. Gregory Briker
Ms. Shelby Calambokidis
Mr. Matthew Daniel Cloutier
Ms. Kelsi Brown Corkran
Mr. Steven James Griffin
Mr. Alex Hemmer
Mr. Daniel Alexander Horwitz
Ms. Sarah Lynne Martin
Mr. William Powell

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-5968

_____

Filed: August 18, 2025

RACHEL WELTY; AFTYN BEHN

    Plaintiffs - Appellees

v.

BRYANT C. DUNAWAY; JASON LAWSON; JENNINGS HUTSON JONES; ROBERT J. CARTER; RAY WHITLEY; ROBERT J. NASH; GLENN R. FUNK; STACEY EDMONSON; BRENT COOPER; RAY CROUCH; HANS SCHWENDIMANN

    Defendants - Appellants

## MANDATE

  Pursuant to the court's disposition that was filed 07/24/2025 the mandate for this case hereby issues today.

  COSTS: None