**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 19, 2025

Mr. Matthew Daniel Cloutier
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Daniel Alexander Horwitz
Horwitz Law
4016 Westlawn Drive
Nashville, TN 37209

Re: Case No. 25-5739*, Aftyn Behn, et al v. Robert Carter, et al*
Originating Case No. : 3:24-cv-00768

Dear Counsel,

This appeal has been docketed as case number **25-5739**, which is a cross-appeal to pending appeal **25-5738**.

The following case opening items should be docketed with the Clerk's office by **September 2, 2025**. The Civil Appeal Statement is now an automated entry. Filers may still use the form 6CA-53 located on the Court's website if the automated entry does not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Cross-Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues

Cross-Appellee: Appearance of Counsel

If appellant's case opening items are not timely filed or necessary fees paid, the cross-appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Roy
Direct Dial No. 513-564-7016

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-5739**

AFTYN BEHN; RACHEL WELTY

Plaintiffs - Appellees Cross-Appellants

v.

ROBERT J. CARTER; BRENT COOPER; RAY CROUCH; BRYANT C. DUNAWAY; STACEY EDMONSON; GLENN R. FUNK; JENNINGS HUTSON JONES; JASON LAWSON; ROBERT J. NASH; HANS SCHWENDIMANN; RAY WHITLEY

Defendants - Appellants Cross-Appellees